# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## MINUTES OF PROCEEDING

| | |
|---|---|
| NATIONS LENDING CORPORATION, | CASE NO: 1:24-cv-446 |
| Plaintiff, | |
| v. | DISTRICT JUDGE JAMES S. GWIN |
| ACADEMY MORTGAGE CORPORATION, *et al.*, | MAGISTRATE JUDGE JAMES E. GRIMES JR. |
| Defendant. | |

PROCEEDING: On April 22, 2024, I held a mediation conference. Present were Plaintiff's counsel Jeffery C. Miller and Christopher Baker, along with Plaintiff's client representative, Jeff Goshert via remote videoconference, and Defendants' counsel Joe Kroeger and Caitlin R. Thomas, along with Defendant Academy Mortgage's representative Mike Huber.

The parties agreed to settle this matter in exchange for a sum to be paid by Defendants according to the terms discussed on the record. Within 30 days of this Order, the parties will reduce the terms discussed on the record to a written agreement. Within 15 days of the execution of the parties' written agreement, the Defendants will pay the agreed-to sum. Within 7 days of payment, Plaintiff will file a notice of dismissal of this matter. The Court will retain jurisdiction to enforce the terms of the settlement.

Time: 5 hours 45 minutes

April 23, 2024

                                                   */s/James E. Grimes Jr.*
                                                   James E. Grimes Jr.
                                                   U.S. Magistrate Judge