UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NATIONS LENDING CORPORATION, | ) | CASE NO. 1:24-cv-00446-JG |
| | ) | |
| *Plaintiff*, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | **NOTICE OF DISMISSAL WITH** |
| | ) | **PREJUDICE** |
| ACADEMY MORTGAGE | ) | |
| CORPORATION, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

Now comes Plaintiff Nations Lending Corporation, by and through counsel and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and the agreement of the parties hereby gives notice that this action is voluntarily dismissed. Accordingly, Plaintiff notices voluntary dismissal of this action, with prejudice.

Respectfully submitted,

*/s/ Jeffrey C. Miller*
Jeffrey C. Miller (0068882)
David J. Hearty (0093827)
Stefanik Iosue & Associates
1109 Carnegie Avenue, Floor 2
Cleveland, OH 44115
(216) 651-0451
jmiller@StefanikIosue.com
dhearty@StefanikIosue.com
*Attorneys for Plaintiff Nations Lending Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 5, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Jeffrey C. Miller*
Jeffrey C. Miller (0068882)
*One of the attorneys for Nations Lending Corporation*